UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| MELISSA ANN TERRY    PLAINTIFF  v.  GENE B. GLICK COMPANY, INC.    DEFENDANT | Civil Action No. __3:21-cv-634-RGJ___   Removed from:  Jefferson Circuit Court  Case No. 21-CI-004917 |

### NOTICE OF REMOVAL

Comes the Defendant, Gene B. Glick Company, Inc., by counsel, and for its notice of removal of this action from the Jefferson Circuit Court, Case No. 21-CI-004917, to the United States District Court for the Western District of Kentucky, Louisville Division at Louisville, state as follows:

1. On or about August 31, 2021, the Defendant received a copy of the Plaintiff's complaint, which was filed in the Jefferson Circuit Court, on or about August 26, 2021, as Case No. 21-CI-004917. Copies of all process and pleadings in the state court action are attached hereto in accordance with 28 U.S.C. §1446(a).

2. The Defendant retained counsel for this matter on October 13, 2021.

3. The Plaintiff is and was at all times relevant hereto, including at the time of the filing of this notice of removal and at the commencement of the state court action, a citizen

and resident of Louisville, Jefferson County, Kentucky, subject to the laws of the Commonwealth of Kentucky. Therefore, the Plaintiff is a citizen of the Commonwealth of Kentucky.

4. The Defendant, Gene B. Glick Company, Inc., is and was at all times relevant hereto, including at the time of the filing of this notice of removal and at the commencement of the state court action, a corporation organized and existing under the laws of the State of Indiana and having its principal place of business and nerve center in Indianapolis, Indiana. Therefore, the Defendant is a corporate citizen of the State of Indiana.

5. This action is one over which the Court has original jurisdiction under 28 U.S.C. §1332(a)(1) and is one that the Defendants may remove to this Court pursuant to 28 U.S.C. §1441(a), because this is an action between citizens of different states.

6. Due to the allegations made in the complaint attached hereto, which includes a claim for damages, the Plaintiff seeks in excess of $75,000.00, exclusive of interest and costs.

7. This notice of removal is filed on the second (2nd) day after the Defendant became aware of the removability of this case and within one year of the commencement of this action, as is required by 28 U.S.C. §1446(b).

Respectfully submitted,

/s/ Charles H. Cassis
Charles H. Cassis, Esq.
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower Street
Prospect, Kentucky 40059
ccassis@goldbergsimpson.com
PH: (502) 589-4440 / FAX: (502) 581-1344
*Counsel for Defendant,*
*Gene B. Glick Company, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 14th day of October 2021, I electronically filed this document through the ECF system, and I served this document through regular U.S. Mail, postage prepaid, upon the following:

Martin Pohl
HESSIG & POHL, PLLC
922 Franklin Street
Louisville, KY 40206
martin@hessigandpohl.co
*Counsel for Plaintiff*

/s/Charles H. Cassis
*Counsel for Defendant*