Filed        21-CI-004917    08/26/2021    David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
10/13/2021 04:33:55 PM
25850-60

NO. _____                                JEFFERSON CIRCUIT COURT
                                                              DIVISION _____
                                                       JUDGE _____
                                                       **ELECTRONICALLY FILED**

MELISSA ANN TERRY                                                        PLAINTIFF

v.                            **COMPLAINT**


GENE B. GLICK COMPANY, INC.
P.O. BOX BOX4017
INDIANAPOLIS, IN 46240
          **SERVE AT:**  CT CORPORATION SYSTEM
                         306 W. Main Street, Ste. 512
                         Frankfort, KY 40601                             DEFENDANT

                      *** *** *** *** ***

     The Plaintiff, Melissa Ann Terry, by counsel, and for her causes of action against the

Defendant, hereby states the following:

                              **PARTIES**

     1.      The Plaintiff, Melissa Ann Terry ("Terry"), is a resident of Louisville, Jefferson

County, Kentucky, and has been at all times relevant to the allegations made in this Complaint.

     2.      Upon information and belief, the Defendant, Gene B. Glick Company, Inc. ("Glick

Co."), is an Indiana domiciled corporation registered and authorized to do business in the

Commonwealth of Kentucky, and is the owner and/or operator of the premises located at 8462

Shepherdsville Road, Louisville, Kentucky 40219, and has been at all times relevant to the

allegations made in this Complaint.

                        **JURISDICTION & VENUE**

     3.      Jurisdiction and Venue are proper in this Court as the incident giving rise to the

injuries sustained by the Plaintiff occurred in Jefferson County, Kentucky, and the claims made

against the Defendant exceed the jurisdictional minimum limits of this Court.

                                    1

Presiding Judge: HON. ERIC J. HANER (630420)

COM : 000001 of 000004

Exhibit B

Filed          21-CI-004917     08/26/2021          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
10/13/2021 04:33:55 PM
25850-60

4.     Jurisdiction over the Defendants is proper pursuant to CR 4.

## FACTS

5.     On or about September 2, 2020, Terry was a tenant-leaseholder of an apartment unit on the top floor of the apartment building located at 8462 Shepherdsville Road, Louisville, Kentucky 40219, which is owned and operated by the Defendant.

6.     On or about that same day, Terry and her minor daughter left their apartment. The outdoor concrete stairs were slick due to accumulation of leaves and/or mold.

7.     As a direct and proximate result of the hazardous condition of the stairs, Terry slipped and fell, resulting in serious bodily injury.

## NEGLIGENCE

8.     The Plaintiff adopts and incorporates by reference all the foregoing paragraphs as if set forth fully herein.

9.     The Defendant had a duty to maintain the subject premises in such a manner that areas open to the public were free of defects and hazards that would imperil persons lawfully on the premises; to correct or remedy any such defects and hazards of which it was aware, or with due diligence, should have been aware; to warn persons lawfully upon the premises of any defects or hazards of which it was aware or, with the exercise of due diligence, should have been aware; and to regularly inspect the premises to insure said property was free of defects and hazards that would imperil persons lawfully on the premises.

10.     The Defendant breached one or more of the above duties in that it failed to remedy a dangerous and hazardous condition on the above-described premises; failed to properly and regularly inspect the premises for such defects and hazards; and failed to warn the public of hazards it knew to exist or, with the exercise of due diligence, should have known to exist.

Presiding Judge: HON. ERIC J. HANER (630420)

2

COM : 000002 of 000004

Filed        21-CI-004917        08/26/2021        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
10/13/2021 04:33:55 PM
25850-60

11.    That as a direct and proximate result of the aforementioned negligent acts and/or

omissions of the Defendant, by and through its agents, servants, employees, and/or representatives,

the Plaintiff incurred medical expenses, will incur medical expenses in the future, transportation

expenses, physical and mental suffering both past and future, and lost enjoyment of life.

**WHEREFORE,** The Plaintiff demands judgement against the Defendants as follows:

1.    For the Clerk of the Court to issues Summons, along with a copy of this Complaint,

to the Defendant;

2.    For an amount of compensatory damages that is fair and reasonable as established

by the trier of fact from the evidence;

3.    For pre-judgement and post-judgement interest from the date of injury until such

time as judgement is paid;

4.    For costs herein expended; and

5.    For any and all other relief to which the Plaintiff may be entitled, including the

right to amend this Complaint.


Respectfully submitted,


*/s/ Martin Pohl*
Martin Pohl (KBA #93696)
HESSIG & POHL, PLLC
922 Franklin Street
Louisville, KY 40206
Telephone: (502) 583-5782
Facsimile: (502) 583-5785
martin@hessigandpohl.com
*Counsel for the Plaintiff*

Presiding Judge: HON. ERIC J. HANER (630420)

COM : 000003 of 000004

3

Filed        21-CI-004917    08/26/2021    David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
10/13/2021 04:33:55 PM
25850-60

## NOTICE OF ELECTION OF ELECTRONIC SERVICE

That the undersigned, pursuant to CR 5.02, hereby provides notice to all parties, and attorneys of record, of his election to receive electronic service of all pleadings, documents, and correspondence regarding this action at the following electronic addresses ("email"): martin@hessigandpohl.com; cash@hessigandpohl.com; kungu@hessigandpohl.com; jennifer@hessigandpohl.com.


/s/ Martin Pohl_____
Martin Pohl

Filed        21-CI-004917    08/26/2021    David L. Nicholson, Jefferson Circuit Clerk

Presiding Judge: HON. ERIC J. HANER (630420)

COM : 000004 of 000004